# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial) <br><br> Cornish, Tom R. | **2. Court or Organization** <br><br> U.S. Bankruptcy Court, ED OK | **3. Date of Report** <br><br> 05/01/2014 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> U.S. Bankruptcy Judge | **5a. Report Type** (check appropriate type) <br> ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> **5b.** ☐   Amended Report | **6. Reporting Period** <br><br> 01/01/2013 <br> to <br> 12/31/2013 |

**7. Chambers or Office Address**

P.O. Box 637
Okmulgee, OK 74447

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President/Owner | TRC Energy Company |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1977 | Oklahoma Employees Deferred Comp. Plan (Retirement Plan) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 05/01/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 05/01/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SEP, Merrill Lynch, Oklahoma City, OK: | | | | | | | | | |
| 2. (a) FIA Card Services NA Rasp | | None | J | T | | | | | |
| 3. (b) Federated Kaufmann Fund CL C | C | Dividend | K | T | | | | | |
| 4. (c) Davis NY Venture FD CL C | B | Dividend | K | T | | | | | |
| 5. (d) Western Asset Global Strategic Inc FD A | | None | J | T | | | | | |
| 6. | | | | | | | | | |
| 7. CMA, Merrill Lynch, Oklahoma City, OK: | | | | | | | | | |
| 8. (a) PIMCO Total Return Fund CL C | B | Dividend | L | T | Sold (part) | 05/20/13 | K | A | |
| 9. (b) Merrill Lynch Ready Assets Trust | | None | | | Sold | 05/28/13 | J | | |
| 10. | | | | | | | | | |
| 11. Retirement Acct, Merrill Lynch, Oklahoma City, OK: | | | | | | | | | |
| 12. (a) American Smallcap World Fund CL A | B | Dividend | K | T | | | | | |
| 13. (b) FIA Card Service NA RASP | | None | J | T | | | | | |
| 14. (c) Oppenheimer Global Strategic Income Fund Class A | A | Dividend | J | T | | | | | |
| 15. (d) Davis NY Venture Fd Cl C | D | Dividend | L | T | | | | | |
| 16. (e) Franklin Mutual Global Discovery Fd Cl C | A | Dividend | J | T | | | | | |
| 17. (f) Clearbridge Appreciation Fd A | A | Dividend | J | T | | | | | See note in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. (g) Western Asset Global Strategic Inc Fd A | A | Dividend | K | T | | | | | |
| 19. | | | | | | | | | |
| 20. WCMA Acct Merrill Lynch for TRC Energy Co, OK City, OK: | | | | | | | | | |
| 21. (a) Oppenheimer Strategic Inc Fund Cl A | A | Dividend | J | T | | | | | |
| 22. | | | | | | | | | |
| 23. Oklahoma Empl. Deferred Comp. Plan, Oklahoma City, OK: | | | | | | | | | |
| 24. (a) SoonerSave Stable Value Fund | | None | M | T | Sold (part) | 05/09/13 | M | | |
| 25. (b) T. Rowe Price Balanced Fund | D | Dividend | L | T | Buy | 05/09/13 | L | | |
| 26. (c) T. Rowe Price High-Yield | B | Dividend | K | T | Buy | 05/09/13 | K | | |
| 27. (d) BlackRock S & P 500 Stock | A | Dividend | L | T | Buy | 05/09/13 | K | | |
| 28. (e) T. Rowe Price Blue Chip Growth Fund | | None | L | T | Buy | 05/09/13 | K | | |
| 29. | | | | | | | | | |
| 30. Common Stock Minerals - TRC Energy Co., Inc (100% Owner) | E | Distribution | M | T | | | | | See note in Part VIII |
| 31. U.S. Government Series EE Bonds | D | Interest | | | Sold | 12/19/13 | K | | |
| 32. NYLIAC Variable Universal Life, New York Life Ins. Co. | | None | J | W | | | | | |
| 33. BerenCorp, Alex 1-1, Pittsburg Co., OK Mineral Royalty | | None | J | W | | | | | |
| 34. Newfield Expl. Inc, Newberry 11-2, Atoka Co, OK Mineral Work | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Unit Petroleum, Wilkinson #1, Pittsburg Co, OK Mineral Int | A | Royalty | J | W | | | | | |
| 36. BP America, Ellis 1-8, Pittsburg Co, OK Mineral Royalty | A | Royalty | J | W | | | | | |
| 37. BP America, Holloway 1-24, Pittsburg Co, OK Mineral Interest | A | Royalty | J | W | | | | | |
| 38. BP America, Lesli 1-24, Pittsburg Co, OK Min | A | Royalty | J | W | | | | | |
| 39. Billy Jack Sharper Oper, West 1-23, Okmulgee Co, OK Min Int | | None | J | W | | | | | |
| 40. Billy Jack Sharper Oper, West 2-23, Okmulgee Co, OK Min Int | | None | J | W | | | | | |
| 41. Billy Jack Sharper Oper, West 3-23, Okmulgee Co, OK Min Int | | None | J | W | | | | | |
| 42. Petroquest Energy LLC, White 1-25, Pittsburg Co, OK Min Int | | None | J | W | | | | | |
| 43. Petroquest Energy LLC, Mr Bryan 1-25, Pittsburg Co OK Min | B | Royalty | J | W | | | | | |
| 44. Petroquest Energy, LLC, Thomas 1-25, Pittsburg Co OK (X) | B | Royalty | J | W | | | | | |
| 45. Petroquest Enery, LLC, Riley 1-25, Pittsburg Co OK (X) | C | Royalty | J | W | | | | | |
| 46. Sedna Energy, Inc, Simmons 1-8, Pittsburg Co, OK Mineral Int | A | Royalty | J | W | | | | | |
| 47. Derrick Resources, Inc, West 1-23, Okmulgee Co, OK Min Int | | None | J | W | | | | | |
| 48. Vanguard Natural Gas LLC, Bass 26-1H, Pittsburg Co, OK Min | B | Royalty | J | W | | | | | see note in part VIII |
| 49. First Family Federal Credit Union | A | Interest | J | T | | | | | |
| 50. WSB Bank Accounts | | None | L | T | | | | | |
| 51. MetLife Policyholder | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts

Line 17: This asset was previously reported as Legg Mason Clearbridge Appreciation Fd A

Line 30: Royalty income is received by TRC Energy Co. from the following companies for mineral interests held in the counties listed:

Abraxas Petroleum Corporation(wells now operated by Earlsboro Energies Corporation), Pittsburg County, OK
Antero Resources(now operated by Vanguard Permian, LLC), Pittsburg County, OK
Arkoma Gas Company, Pittsburg County, OK
Bear Productions, Inc., Haskell County, OK
Beren Corporation, Pittsburg County, OK
BP America Production Company, Pittsburg County, OK; Haskell County, OK(X); Coal County, OK(X)
Brower Oil & Gas, Pittsburg County, OK
Canann Resources, LLC, Pittsburg County, OK
Chesapeake Operating, Inc., Coal County, OK; Leflore County, OK; Pittsburg County, OK;(Winkler County, TX wells now operated by Shell Western E&P)
Continental Operating Co., Pittsburg County, OK
Davis Operating Company, Pittsburg County, OK
Earlsboro Energies Corporation(aquired wells fomerly operated by Abraxas Petroleum Corporation), Pittsburg County, OK
Eland Energy, Inc., Pittsburg County, OK
El Paso E & P Company, L.P., Haskell County, OK(wells now operated by EP Energy E & P Company, L.P.)
EOG Resources, Inc., Atoka County, OK
EP Energy E & P Company, L.P.(wells formerly operated by El Paso E & P Company) Leflore & Haskell Counties, OK
LR Energy, Inc., Haskell County, OK
Mark L. Shidler, Inc., Pittsburg County, OK
MFP Petroleum Ltd., Partnership, Pittsburg County, OK
Newfield Exploration Mid-Continent, Inc., Pittsburg County, OK
Penn Virginia MC Energy, LLC, Pittsburg County, OK
Petroquest Energy, LLC, Pittsburg County, OK; Atoka County, OK
R.D. Williams and Company, Carter County, OK
Redbud E & P, Inc.(acquired wells formerly operated by Vectra CBM, LLC), Leflore County, OK; Pittsburg County, OK
Rio Vista Penny, LLC, McIntosh County, OK
Samson Resources Company, Haskell County, OK
Sedna Energy, Inc., Haskell County, OK
Shell Western E & P(wells formerly operated by Chesapeake Energies) Winkler County, TX
Stephens Production Company, Sequoyah County, OK
Tilford Pinson Exploration, LLC, Pittsburg County, OK
Unimark LLC, Pittsburg County, OK
Unit Petroleum Company, Pittsburg County, OK
Vanguard Permian, LLC(wells formerly operated by Antero Resources), Pittsburg County, OK
Vectra CBM, LLC(now operated by Redbud E & P, Inc), Pittsburg County, OK; Leflore County, OK
WPX Energy Mid-Continent Company, Haskell County, OK
XOG Operating, LLC, Haskell County, OK
XTO Energy, Inc., Pittsburg County, OK; Leflore County, OK
Yale Oil Association, Inc., Pittsburg County, OK
Zeiders Bros Oil Gas Company, LLC, Pittsburg County, OK
ZZ Energy LLC, Haskell County, OK

Line 48: Well formerly reported as Vanguard Natural Gass LLC, 26-1H, Pittsburg Co, OK Min

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Tom R. Cornish**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544